IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| THE ESCAL INSTITUTE OF ADVANCED TECHNOLOGIES, INC., | : : : | |
| Plaintiffs, | : : | |
| v. | : : | Civil Action No. 22-871-RGA-JLH |
| TREADSTONE 71, LLC, et al., | : : | |
| Defendants. | : | |

**ORDER**

This **15th** day of August, 2023, upon consideration of the Magistrate Judge's Report and Recommendation dated July 27, 2022 (D.I. 21), and no objections to the Report and Recommendation having been received, and the Court having reviewed the matter and finding that the Magistrate Judge's Report and Recommendation is legally and factually correct, IT IS HEREBY ORDERED:

1. The Report and Recommendation (D.I. 21) is **ADOPTED**.

2. Defendants' motion to dismiss (D.I. 11) is **DISMISSED as moot**.

3. Defendants' motion to transfer the case to the United States District Court for the Middle District of Florida (D.I. 11) is **GRANTED.**

4. The Clerk of Court is to transfer and close the case.

/s/ Richard G. Andrews
United States District Judge